No. 42829.—Protest 972664–G of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of pencil sharpeners similar to those the subject of Abstract 41633. The claim at 40 percent under paragraph 339 was therefore sustained.

No. 42830.—Protests 935276–G, etc., of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of pencil sharpeners similar to those the subject of Abstract 41633. The claim at 40 percent under paragraph 339 was therefore sustained.

No. 42831.—Protests 966960–G, etc., of N. Y. Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of savings banks and soap boxes chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained. Abstract 38680 cited.

No. 42832.—Protest 978160–G of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of atomizers similar to those the subject of Rice v. United States (T. D. 49373). The claim at 40 percent under paragraph 339 was therefore sustained.

No. 42833.—Protest 982188–G of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 38680 the marcel irons in question were held dutiable at 40 percent under paragraph 339 as claimed.

No. 42834.—Protest 991257–G of N. Y. Merchandise Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 38680 the needle threaders in question were held dutiable at 40 percent under paragraph 339 as claimed.

No. 42835.—Protest 999879–G of L. Oppleman, Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel the banks in question were held dutiable at 40 percent under paragraph 339. Abstract 38680 followed.